FILED

07/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0328

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 24-0328**

---

BRYAN LATKANICH,

     Appellant,

  v.

COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF ENVIRONMENTAL PROTECTION,
Appellee, and EQT CHAP LLC,

     Appellees/Appellant.

---

## ORDER

---

Appellee, Environmental Health Sciences ("EHS"),has moved this Court for an order extending the time to file its response brief and good cause appearing therefore, it is

ORDERED that Appellee EHN shall have to and including August 30, 2024, to file its response brief.

Dated this _____day of July, 2024.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 29 2024